UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

     Plaintiff,

                                   Criminal No. 26-mj-30317

v.

Michael Anderson,

     Defendant.

---

**STIPULATION AND ORDER TO CONTINUE PRLIMINARY EXAMINATION**

---

The United States of America and defendant, Michael Anderson, hereby stipulate and agree to the following:

1.    Defendant Michael Anderson made his initial appearance on a complaint on June 2, 2026. The complaint charged defendant with federal program theft or bribery (18 U.S.C. § 666) and conspiracy (18 U.S.C. § 371). Defendant's preliminary examination is presently set for June 23, 2026.

2.    The parties agree and stipulate that the new date for the preliminary examination shall be Tuesday, July 21, 2026.

3.  The parties further stipulate, and jointly move for the Court to find, that the time period between today's date, June 9, 2026 and July 21, 2026 qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.  This delay is requested based on the ends of justice and the interests of the defendant, specifically due to the factual and legal complexity of the case and the substantial amount of discovery that will need to be analyzed and reviewed that may be relevant to the case and the preliminary examination. That discovery includes voluminous documents relating to a number of invoices, bank records, text messages, cell-site location information, and investigative reports. The  parties also wish to discuss a possible resolution of the case without proceeding to grand jury indictment. The parties stipulate and agree that all of the aforementioned considerations are in the interests of justice.

**IT IS SO STIPULATED.**

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

s/ John K. Neal                                         s/Stacey M. Studnicki

John K. Neal                                            Stacey M. Studnicki
Assistant United States Attorney                        Federal Community Defender Office
211 W. Fort Street, Suite 2001                          613 Abbot Street, Suite 500
Detroit, MI 48226                                       Detroit, MI 48226
(313) 226-9644                                          (313) 967-5856
Attorney for United States                              Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


United States of America,

       Plaintiff,

                                 Criminal No. 26-mj-30317

v.

Michael Anderson,

       Defendant.

---

**ORDER TO CONTINUE PRLIMINARY EXAMINATION**

---

The Court has considered the parties' stipulation to continue the Preliminary Examination to July 21, 2026 and for a finding that the time period from June 9, 2026 to July 21, 2026 qualifies as excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). For the reasons described in the parties' submission, and after considering the factors listed in § 3161(h)(7)(B), the Court finds that the ends of justice served by granting the parties' requested continuance outweigh the best interests of the public and the defendant in a speedy trial and that the time from June 9, 2026 to July 21, 2026 qualifies as excludable delay under § 3161(h)(7). Specifically, the Court finds that the complexity of the case and the charges, the need for the defendant to review substantial discovery that may be relevant to the

case and a preliminary examination, and the need for the parties to discuss a resolution of the case prior to proceeding to grand jury indictment, all are in the interests of justice and those interests would be compromised if a continuance is not granted at this time.

IT IS THEREFORE ORDERED that the time from June 9, 2026 to July 21, 2026 shall constitute excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

Hon. Anthony P. Patti
United States Magistrate Judge

.

Date: June 9, 2026